AO 442 (Rev. 01/09) Arrest Warrant (ARED rev  2021)

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 2 7 2022

TAMMY H. DOWNS, CLERK

By:_____ DEP CLERK

United States of America

v.

Case No.:  4:22CR00347-01 BRW

William Deane

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                          **William Deane**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows: **21 USC 841: PWID meth more than 500 grams of meth, as further explained in the attached documents.**

Date:  December 8, 2022

_____
*Issuing officer's signature*

City and state:    Little Rock, Arkansas

**TAMMY H. DOWNS, CLERK**
_____
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* 12·8·22 , and the person was arrested on *(date)* 12/16/2022
at *(city and state)* LR AR .

Date:  12·21·22

_____
*Arresting officer's signature*

J. Laster by DHley
*Printed name and title*